May 9, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

THE STATE OF TEXAS, Appellant

NO. 14-12-00284-CR          V.

STEPHANIE SANDERS, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record reveals error in the judgment. The Court orders the judgment **REVERSED** and the cause **REMANDED** for further proceedings in accordance with its opinion, and orders this decision certified below for observance.